East'n. District.
*February* 1826.

*LEGLISE* vs. *HIS CREDITORS.*

LEGLISE
*vs.*
HISCREDITORS

Admission of service of citation of appeal by the attorney of plaintiffs, cannot have a greater effect than service would.

APPEAL from the court of the parish and city of New-Orleans.

MARTIN, J., delivered the opinion of the court. A motion is made that the appeal may be dismissed, on the ground that, although the appellee be a resident of this state, the citation was not personally served on him or left at his domicil, but was served on his attorney.

We find not any citation returned, but observe on the back of the record, "Service accepted of this appeal, Ripley & Conrad," the attornies at law of the appellee.

The right of appellees residing in the state, to receive legal notice of appeal themselves, is secured to them by law. 1 *Martin*, 440.

The *admission* of the service by the attorney, cannot have a greater effect than the *actual service* on him. No court ought to pass on the rights of a party, who does not appear by the return of the sheriff, or any act of his, to have been cited. The citation or the service of it may indeed be waived, but we think the waiver cannot be made by any one

but the party without a special power. A service on the attorney, does not authorise us to proceed, unless the absence of the client is legally proven.

East'n. District.
*February* 1826.

LEGLISE
*vs.*
HISCREDITORS

It is therefore ordered, adjudged and decreed, that the appeal be dismissed with costs.

*Ripley & Conrad* for the plaintiff, *Seghers* for the defendants.